NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000462
23-FEB-2016
09:21 AM

NO. CAAP-15-0000462


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DIANNE KAWASHIMA, individually and on behalf of
all others similarly situated,
Plaintiff/Appellee/Cross-Appellant,
v.
STATE OF HAWAI'I, DEPARTMENT OF EDUCATION,
KATHERYN S. MATAYOSHI, in her official capacity as
Superintendent of Schools, DONALD G. HORNER, BRIAN J. DELIMA,
KEITH AMEMIYA, CHERYL KA'UHANE LUPENI, PATRICIA HALAGAO,
NANCY JO YAMAKAWA BUDD, JIM D. WILLIAMS, AMY ASSELBAYE,
and GRANT CHUN, in their official capacities as members of the
State of Hawai'i Board of Education,
Defendants/Appellants/Cross-Appellees,
and
DOE DEFENDANTS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-0244-02)

ORDER GRANTING FEBRUARY 12, 2016 HRAP RULE 40
MOTION FOR RECONSIDERATION OF FEBRUARY 3, 2016
ORDER DISMISSING APPELLATE COURT CASE NUMBER
CAAP-15-0000462 FOR LACK OF APPELLATE JURISDICTION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of (1) the February 3, 2016 order
dismissing appellate court case number CAAP-15-0000462 for lack
of appellate jurisdiction, (2) Defendants/Appellants/Cross-
Appellees State of Hawai'i Department of Education, Katheryn S.
Matayoshi, Donald G. Horner, Brian J. Delima, Keith Amemiya,
Cheryl Ka'uhane Lupeni, Patricia Halagao, Nancy Jo Yamakawa Budd,
Jim D. Williams, Amy Asselbaye, Grant Chun and the State of
Hawai'i Board of Education's (the State Appellants) and
Plaintiff/Appellee/Cross-Appellant Dianne Kawashima's (Cross-
Appellant Kawashima) February 12, 2016 joint motion for
reconsideration of the February 3, 2016 dismissal order pursuant

to Rule 40 of the Hawaiʻi Rules of Appellate Procedure (HRAP), and (3) the record, it appears that, although we did not overlook or misapprehend any points of law or fact when we entered the February 3, 2016 dismissal order, the circuit court subsequently entered a February 11, 2016 amended judgment that satisfies the requirements for an appealable final judgment under Hawaii Revised Statutes (HRS) §641-1(a) (1993 & Supp. 2015), Rule 58 of the Hawaiʻi Rules of Civil Procedure (HRCP) and the holding in Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994).

Therefore, IT IS HEREBY ORDERED that the State Appellants' and Cross-Appellant Kawashima's February 12, 2016 joint motion for reconsideration is granted, appellate court case number CAAP-15-0000462 is reinstated, and the appellate court clerk shall make the case ready for review by a merit panel of the Hawaiʻi Intermediate Court of Appeals.

IT IS FURTHER HEREBY ORDERED that, pursuant to HRAP Rule 10(e)(2)(C), the circuit court clerk shall, within ten days after entry of this order, supplement the record on appeal with the February 11, 2016 amended judgment in Civil No. 06-1-0244-02 (ECN).

DATED: Honolulu, Hawaiʻi, February 23, 2016.

Presiding Judge

Associate Judge

Associate Judge